BEFORE THE FIRST DIVISION, SEPTEMBER 13, 1962

No. 67024.—Toyo Trading Co., L. A., and Frank P. Dow Co., Inc., et al. *v.* United States, protests 61/13241, etc. (Los Angeles).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those

the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.